UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN JOHN CARDWELL,<br><br>    Plaintiff<br><br>v.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:25-cv-02111-APG-MDC<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

   I previously ordered defendant Garrison Property and Casualty Insurance Company to show cause why this case should not be remanded because Garrison had offered insufficient facts to show the amount in controversy requirement for diversity jurisdiction was met. ECF No. 5.  In response, Garrison has repeated arguments from the notice of removal and identifies the available policy limits as only $25,000. ECF No. 9 at 4.  Garrison does not identify whether the tortfeasor had insurance, and if so, how much (if any) was paid to the plaintiff.

   Where "it is unclear what amount of damages the plaintiff has sought," as with claims governed by Nevada Rule of Civil Procedure 8(a), "then the defendant bears the burden of actually proving the facts to support jurisdiction, including the jurisdictional amount." *Gaus v. Miles*, 980 F.2d 564, 566 (9th Cir. 1992) (per curiam).  Garrison has not presented evidence to support the jurisdictional amount, and I resolve doubts about that amount in favor of remand. *Id.* ("Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance.").

/ / / /

/ / / /

I THEREFORE ORDER that this case is remanded to the court from which it was removed for all further proceedings. The clerk of court is instructed to close this case.

DATED this 24th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE